The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants. | CASE No. C08-1373-MJP<br>JURY DEMANDED<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC a Delaware limited liability company,<br><br>   Counterclaimants,<br><br>  v.<br><br>WISTRON CORPORATION, a Taiwan corporation,<br><br>   Counterclaim-defendant. | |

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITHOUT PREJUDICE;
CASE NO. C08-1373-MJP - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044/Tel. 206.839.4800

## I. STIPULATION

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) and (c), Plaintiff and Counterclaim-Defendant Wistron Corporation, by and through its counsel of record, and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC. (collectively, "Samsung"), by and through their counsel of record, agree and stipulate as follows:

1. All claims and counterclaims in this action brought by Wistron against Samsung or by Samsung against Wistron are hereby dismissed without prejudice; and

2. Each party is to bear its own costs and attorneys' fees in connection with these claims and counterclaims.

Dated: February 2, 2009     **K&L GATES LLP**

By: s/ *Douglas Bruce Greenswag*
Douglas B. Greenswag (WSBA #37506)
Cristofer I. Leffler (WSBA #35020)
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Telephone:  (206) 623-7580
Facsimile:  (206) 623-7022
E-mail: douglas.greenswag@klgates.com
E-mail: cristofer.leffler@klgates.com

Howard Chen (*Admitted Pro Hac Vice*)
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111-5994
Telephone:  (415) 882-8200
Facsimile:  (415) 882-8220
howard.chen@klgates.com

**ATTORNEYS FOR PLAINTIFF WISTRON CORPORATION**

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITHOUT PREJUDICE;
CASE NO. C08-1373-MJP - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044/Tel. 206.839.4800

| | | |
|---|---|---|
| 1 | Dated: February 2, 2009 | **DLA PIPER LLP (US)** |
| 2 | | |
| 3 | | By: s/ *Richard T. Mulloy* |
| | | Richard T. Mulloy, CA Bar No. 199278 |
| 4 | | Robert Williams, CA Bar No. 246990 |
| | | DLA PIPER LLP (US) |
| 5 | | 401 B Street, Suite 1700 |
| | | San Diego, CA 92101-4297 |
| 6 | | Phone: 619-699-2700 |
| | | Fax: 619-6990-2701 |
| 7 | | E-mail: richard.mulloy@dlapiper.com |
| | | robert.williams@dlapiper.com |

Stellman Keehnel, WSBA No. 9309
DLA PIPER LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044
Telephone:  206.839.4800
Fax:  206.839.4801
E-mail: stellman.keehnel@dlapiper.com

Mark D. Fowler, CA Bar No. 124235
Elizabeth Day, CA Bar No. 177125
David L. Alberti, CA Bar No. 220625
Sal Lim, CA Bar No. 211836
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Phone: 650.833.2000
Fax: 650.833.2001

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITHOUT PREJUDICE;
CASE NO. C08-1373-MJP - 3

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044/Tel. 206.839.4800

## II.   ORDER

PURSUANT TO STIPULATION, this matter is hereby dismissed without prejudice, with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated this 2nd day of February, 2009.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

DLA PIPER LLP (US)

By   s/ *Richard T. Mulloy*
    Richard T. Mulloy, CA Bar No. 199278
    DLA PIPER LLP (US)
    401 B Street, Suite 1700
    San Diego, CA 92101-4297
    Phone: 619-699-2700
    Fax: 619-6990-2701
    E-mail: richard.mulloy@dlapiper.com

Attorneys for Defendants
Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc.
and Samsung Telecommunications America, LLC

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITHOUT PREJUDICE;
CASE NO. C08-1373-MJP - 4

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044/Tel. 206.839.4800